

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 5:16CR00008 |
| Deborah Bradley | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Deborah Bradley ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

-Possess with the intent to distribute one or more controlled substances, 21:USC § 841(a)(1), 841(b)(1)(C) and 21:846;
-Conspiracy to import a controlled substance, 21:952(a), 960(a)(1) and (b)(3) and 21:963
-Conspiracy to commit promotion money laundering, 18:1956 and 18:1956(a)(1)(A)(i)
-Conspiracy to commit international Money Laundering, 18:1956 and 18:1956(h)

Date: 07/05/2016

K Bottom, deputy clerk
*Issuing officer's signature*

City and state: Harrisonburg, Virginia     Hon. Joel C. Hoppe, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*