AO 442 (Rev. 11/11) Arrest Warrant



SEALED

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

AUG 0 1 2016

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 5:16CR00008 |
| Deborah Bradley | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Deborah Bradley,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

-Possess with the intent to distribute one or more controlled substances, 21:USC § 841(a)(1), 841(b)(1)(C) and 21:846;
-Conspiracy to import a controlled substance, 21:952(a), 960(a)(1) and (b)(3) and 21:963
-Conspiracy to commit promotion money laundering, 18:1956 and 18:1956(a)(1)(A)(i)
-Conspiracy to commit international Money Laundering, 18:1956 and 18:1956(h)

Date: 07/05/2016

K Bottom, deputy clerk
*Issuing officer's signature*

City and state: Harrisonburg, Virginia

/s/ JCH  Hon. Joel C. Hoppe, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7-6-16, and the person was arrested on *(date)* 7-28-16
at *(city and state)* Chicago, IL.

Date: 7-28-16

*Arresting officer's signature*

John L. Oss
*Printed name and title*

Case 3:16-cr-50008-NKM   Document 71   Filed 08/01/16   Page 1 of 1   Pageid#: 749