IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION


UNITED STATES OF AMERICA

v.                                                    Criminal Action No. 5:16CR00008-003

RYAN BUCHANAN


## SENTENCING HEARING ORDER

On February 2, 2017, the defendant entered a plea of guilty to the Count One and Count Three

of a Superseding Indictment.   Court finds the defendant is fully competent and capable of entering an

informed plea and the court takes plea under advisement.   A presentence report has been ordered, and

the case is set for sentencing on May 24, 2017.

In connection with the sentencing hearing, it is **ORDERED** as follows:

1. No later than seven (7) days before sentencing, the prosecution and defense shall
prepare a sentencing memorandum addressing sentencing considerations appropriate
to the case.   Such a memorandum shall specifically address the factors to be
considered in imposing a sentence under 18 U.S.C. 3553(a).   **If a party needs an
extension of time to file their sentencing memorandum, they need to request that
extension in writing prior to the expiration of the deadline.**

2. Any exhibits to be introduced at sentencing shall be filed with the sentencing
memorandum no later than seven (7) prior to sentencing.

3. The sentencing memorandum shall identify all witnesses who are expected to testify at
sentencing.


Entered: February 2, 2017

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge