CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
12/11/2017
JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NICHOLAS PURINTUN,<br><br>*Defendant.* | CASE NO. 3:16-cr-50008<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on Defendant Nicholas Purintun's second motion to allow him to travel outside the jurisdiction before his sentencing. (Dkt. 607). Having considered Defendant's motion and noting that the government and probation office have no objections, Defendant's motion is **GRANTED**.

It is so **ORDERED**.

The Clerk of the Court is directed to send this Order to the Government, the Defendant, and all counsel of record.

Entered this 11th day of December, 2017.

*[signature]*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE